NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JINXIANG HEJIA CO., LTD.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

v.

**FRESH GARLIC PRODUCERS ASSOCIATION, CHRISTOPHER RANCH L.L.C., THE GARLIC COMPANY, VALLEY GARLIC, AND VESSEY AND COMPANY, INC.,**
*Defendants-Appellants.*

---

2012-1613

---

Appeal from the United States Court of International Trade in case no. 09-CV-0471, Senior Judge Judith M. Barzilay.

---

**ON MOTION**

---

**O R D E R**

JINXIANG HEJIA CO., LTD. v. US                                           2

Upon consideration of appellants' motion to withdraw the appeal,

It Is Ordered That:

(1)  The motion is granted.

(2)  Each party shall bear its own costs.

For The Court

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25

Issued As A Mandate:    OCT 1 9 2012